IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-cr-156-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| v. ) | |
| BRYAN HERNANDEZ-RENDON, ) a/k/a BRYAN OMAR HERNANDEZ, ) a/k/a BRYAN OMAR ROCHA, ) a/k/a ANGEL ALVAREZ ) | Violation: 8 U.S.C. § 1326(a) |

## COUNT ONE

On or about April 8, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**BRYAN HERNANDEZ-RENDON,
a/k/a BRYAN OMAR HERNANDEZ,
a/k/a BRYAN OMAR ROCHA,
a/k/a ANGEL ALVAREZ**

being an alien, was found in the United States after having been removed therefrom on or about November 4, 2016, at or near Del Rio, Texas, on or about October 26, 2017, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY